IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHN MONTESANTI<br><br>Plaintiff<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER<br><br>Defendant | Case No. 3:22-cv-00688 |

## ORDER EXTENDING DEADLINES

The Agreed Motion to Extend Deadlines is hereby GRANTED as set forth hereinbelow. It is therefore ORDERED:

| | |
|---|---|
| Jury Trial Date | Two Week Docket Beginning August 20, 2023 at 9:00am |
| Pretrial Conference | August 13, 2023 |
| Deadline to finalize discovery | May 29, 2023 |
| Deadline to Mediate | June 12, 2023 |
| Deadline to Designate Expert Witnesses (including rebuttal experts) | April 19, 2023<br>May 19, 2023 |
| Counsel shall confer and file a joint report setting forth the status of settlement negotiations | June 19, 2023 |
| All motions for summary judgment shall be filed by | June 26, 2023 |
| All challenges to experts—including motions to strike or exclude expert witnesses—shall be filed | June 26, 2023 |
| Counsel shall file a Joint Pretrial Order containing the information required by Local Rule 16.4 plus the following:<br>a. A list of witnesses who may be called by each party in its case in chief. Each such witness list shall contain a narrative summary of the testimony to be elicited from each witness, shall state whether the witness has been deposed, and whether the witness's testimony at trial is "probable," "possible," "expert," or "record custodian." A | August 3, 2023 |

| | |
|---|---|
| copy of this list must be furnished to the court reporter prior to trial;<br>b. A *joint* proposed jury charge. The parties must submit the proposed charge to the Court in Word format. The parties must annotate the joint proposed charge, explaining any objections and including citations to pattern jury instructions or caselaw.<br>c. Proposed interrogatories<br>d. The status of settlement negotiations as of the date of the Pretrial Order;<br>e. Each party's proposed *voir dire* questions if the matter is a jury trial. The Court will allow attorneys an allotted time to conduct questioning at *voir dire* so long as the questions are approved in advance by the Court. The Court reserves the right to conduct further questioning at the conclusion of attorney questioning; and<br>f. Trial briefs may be filed with the Pretrial Order but are not required unless specifically requested by the Court. | |
| Regarding exhibit lists, exhibits, witness lists, and deposition designations, the parties shall comply with Local Rule 26.2. This includes providing copies of your trial exhibits to the Court on a USB flash drive or by email at Starr_Orders@txnd.uscourts.gov  Deposition designations should be made for only those witnesses who qualify as "unavailable" for trial under Federal Rule of Civil Procedure 32(a)(4). The parties should brief the Court on why a given witness counts as unavailable under Rule 32. Deposition designations should *not* be made for witnesses who will testify live. | August 3, 2023 |
| Motions in Limine | August 3, 2023 |
| Responses to Motion in Limine | August 6, 2023 |
| Deadline to file Objections to witnesses (except expert witnesses), exhibits, and deposition designations. Counsel must confer about exhibits and make reasonable efforts to agree upon admissibility. | August 6, 2023 |
| Deadline to file Objections to the interrogatories. | August 6, 2023 |

| The parties must confer and file, by a joint status report on pretrial objections to exhibits, witnesses (except expert witnesses), and deposition designations. | August 6, 2023 at 5:00 PM |

Dated: January 18, 2023

_____
Brantley Starr
UNITED STATES DISTRICT JUDGE